1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

RUEBEN ALBERT REYNOSA,
JOHN QUINTERO,

11

             Plaintiffs,                     No. CIV S–06-1005 MCE GGH P

12

    vs.

13

UNITED STATES,

14

             Defendant.               ORDER

15

_____/

16

17

        Plaintiffs are federal prisoners.  On May 8, 2006, plaintiffs filed an action

18

pursuant to the All Writs Act.  Plaintiffs have paid the filing fee of $350.

19

        While plaintiffs' claims are not entirely clear, it appears that they are challenging

20

the legality of their federal convictions.  As relief, plaintiffs seek their immediate release from

21

custody.  Claims challenging the legality of plaintiffs' convictions should be raised in a motion to

22

vacate, set aside or correct their sentences pursuant to 28 U.S.C. § 2255 filed in their criminal

23

cases rather than in an action brought pursuant to the All Writs Act.

24

        If plaintiffs seek to challenge the conditions of their confinement, they should file

25

an amended complaint pursuant to Bivens v. Six Unknown Named Agents, 402 U.S. 388, 91

26

S.Ct. 1999 (1971).  Plaintiffs cannot generally challenge the conditions of their confinement by

1   way of an action brought pursuant to the All Writs Act.

2           For the reasons discussed above, plaintiffs' complaint is dismissed with leave to

3   amend.  If plaintiffs intend to challenge the legality of their convictions or sentences, they may

4   request that this action be dismissed and file motions pursuant to 28 U.S.C. § 2255 in their

5   criminal cases.  If plaintiffs intend to challenge their conditions of confinement, they should file

6   an amended complaint in this action pursuant to Bivens, supra.

7           Accordingly, IT IS HEREBY ORDERED that the complaint is dismissed with

8   thirty days to file further briefing, as discussed above; failure to comply with this order will result

9   in a recommendation of dismissal of this action.

10  DATED:  6/27/06

                                                    /s/ Gregory G. Hollows

11  _____

                                                      GREGORY G. HOLLOWS
12                                                    UNITED STATES MAGISTRATE JUDGE

13  ggh:kj
14  rey1005.ord

15

16

17

18

19

20

21

22

23

24

25

26

2