IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUEBEN ALBERT REYNOSA,
JOHN QUINTERO,

        Plaintiffs,                  No. CIV S–06-1005 MCE GGH P

   vs.

UNITED STATES,

        Defendant.                 ORDER

_____/

        Plaintiffs are federal prisoners.  At the time they filed this action, both plaintiffs were confined at the Federal Correctional Institution in Herlong, California.

        On May 8, 2006, plaintiffs filed an action pursuant to the All Writs Act.  On June 27, 2006, the court issued an order stating that it appeared that plaintiffs were challenging the legality of their federal convictions.  The court advised plaintiffs that claims challenging the legality of their convictions should be raised in motions pursuant to 28 U.S.C. § 2255 rather than pursuant to the All Writs Act.

        In the June 27, 2006, order the court also advised plaintiffs that if they were challenging the conditions of their confinement, they should file an amended complaint pursuant to Bivens v. Six Unknown Named Agents, 402 U.S. 388, 91 S.Ct. 1999 (1971).  The court

1

1 dismissed plaintiff's complaint with thirty days to file either a <u>Bivens</u> action or else a request to
2 voluntarily dismiss this action so that they may file § 2255 motions in their criminal cases.
3        On July 10, 2006, plaintiff Quintero filed an amended writ.  On July 18, 2006,
4 plaintiff Quintero filed a second amended writ.  The court cannot consider these writs because
5 they are not signed by both plaintiffs.  Accordingly, these documents are disregarded.  Plaintiffs
6 are granted thirty days from the date of this order to comply with the June 27, 2006, order.
7        On July 14, 2006, plaintiff Reynosa filed a notice of change of address indicating
8 that he has been transferred to the Federal Correctional Institution in Adelanto, California.  If the
9 plaintiffs intend for plaintiff Quintero to proceed as the sole plaintiff in this action, plaintiff
10 Reynosa must file a request for a voluntary dismissal.
11        Accordingly, IT IS HEREBY ORDERED that:
12        1. The amended writs filed July 10, 2006, and July 18, 2006, are disregarded;
13        2. Plaintiffs are granted thirty days from the date of this order to file the further
14 briefing as discussed in the June 27, 2006, order; failure to comply with this order will result in a
15 recommendation of dismissal of this action.
16 DATED: 9/1/06                        /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

ggh:kj
rey1005.ame