1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   RUEBEN ALBERT REYNOSA,
     JOHN QUINTERO,

11
              Plaintiffs,                    No. 2:06-cv-1005 MCE GGH P
12
          vs.
13

14   UNITED STATES,

15            Defendant.                      ORDER

16   _____/

17        Plaintiffs are federal prisoners proceeding pro se with this civil action. The matter was

18   referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local

19   General Order No. 262.

20        On November 7, 2006, the magistrate judge filed findings and recommendations herein

21   which were served on all parties and which contained notice to all parties that any objections to

22   the findings and recommendations were to be filed within twenty days.  Plaintiffs have filed

23   objections to the findings and recommendations.

24        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304,

25   this court has conducted a de novo review of this case.

26   ///

                                          1

1   Having carefully reviewed the entire file, the court finds the findings and recommendations to be

2   supported by the record and by proper analysis.

3        Accordingly, IT IS HEREBY ORDERED that:

4        1.  The findings and recommendations filed November 7, 2006 are adopted in full; and

5        2.  This action is dismissed.

6   DATED:  December 20, 2006

7

8

9        _____
         MORRISON C. ENGLAND, JR
10       UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26